B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marmac Development** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4301888** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2956 Kelly Dr.**<br>**Elgin, IL**<br>ZIP Code **60124** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box**<br>**Elgin, IL**<br>ZIP Code **60121** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marmac Development** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marmac Development** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**January 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Marzano**
Signature of Authorized Individual

**Robert Marzano**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 21, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marmac Development** _____   Case No. _____
Debtor(s)   Chapter   **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, Utah**<br>**(800) 705-7255**<br>**Acct # 5477537332870017** | **Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, Utah**<br>**Acct # 5477537332870017** | **Trade debt** | | **43,760.00** |
| **American Express**<br>**PO Box 297812**<br>**Ft Lauderdale, Florida 33329-7812**<br>**(877) 258-3254**<br>**Acct # 372762557003006** | **American Express**<br>**PO Box 297812**<br>**Ft Lauderdale, Florida 33329-7812**<br>**Acct # 372762557003006** | **Trade debt** | | **35,790.00** |
| **AT& T Universal Card**<br>**PO Box 688911**<br>**Des Moines, IA 50368-8911**<br>**(800) 423-4343**<br>**Acct# 5491130304075401** | **AT& T Universal Card**<br>**PO Box 688911**<br>**Des Moines, IA 50368-8911**<br>**Acct# 5491130304075401** | **Trade debt** | | **12,080.00** |
| **Bank of America**<br>**P.O. Box 17220**<br>**Baltimore, MD 21297-1220**<br>**(800) 789-6685**<br>**Acct # 4888930282920229** | **Bank of America**<br>**P.O. Box 17220**<br>**Baltimore, MD 21297-1220**<br>**Acct # 4888930282920229** | **Trade debt** | | **22,397.83** |
| **Bank of America**<br>**PO Box 17322**<br>**Baltimore, MD 21297-1322**<br>**(800) 448-7061**<br>**Acct #74977438880114** | **Bank of America**<br>**PO Box 17322**<br>**Baltimore, MD 21297-1322**<br>**Acct #74977438880114** | **Trade debt** | | **47,078.92** |
| **Citi Business Card**<br>**PO Box 688913**<br>**Des Moines, IA 50368-8913**<br>**(800) 750-7453**<br>**Acct # 5082290057087196** | **Citi Business Card**<br>**PO Box 688913**<br>**Des Moines, IA 50368-8913**<br>**Acct # 5082290057087196** | **Trade debt** | | **15,126.65** |
| **Citi Cards**<br>**PO Box 688918**<br>**Des Moines, IA 50368-8918**<br>**(866) 696-5673**<br>**Acct# 5424180715139488** | **Citi Cards**<br>**PO Box 688918**<br>**Des Moines, IA 50368-8918**<br>**Acct# 5424180715139488** | **Trade debt** | | **10,854.29** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Marmac Development**                                        Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Exxon Mobil**<br>**Credit Card Center**<br>**PO Box 688941**<br>**Des Moines, IA 50368-8941**<br>**(800) 903-9966** | **Exxon Mobil**<br>**Credit Card Center**<br>**PO Box 688941**<br>**Des Moines, IA 50368-8941**<br>**(800) 903-9966** | **Trade debt** | | **9,242.73** |
| **Ford Credit Company**<br>**PO Box 790093**<br>**St. Louis, MO 63179-0093**<br>**(800) 727-7000**<br>**Acct # 036633301** | **Ford Credit Company**<br>**PO Box 790093**<br>**St. Louis, MO 63179-0093**<br>**Acct # 036633301** | **Trade debt** | | **11,510.88** |
| **Home Depot Credit Services**<br>**PO Box 9121**<br>**Des Moines, IA 50368-9121**<br>**(800) 494-1946**<br>**Acct # 6035322500832690** | **Home Depot Credit Services**<br>**PO Box 9121**<br>**Des Moines, IA 50368-9121**<br>**Acct # 6035322500832690** | **Trade debt** | | **12,779.16** |
| **HSBC Card Services (GM Card)**<br>**PO Box 37281**<br>**Baltimore, MD 21297-3281**<br>**(800) 947-1000**<br>**Acct # 5466410305594571** | **HSBC Card Services (GM Card)**<br>**PO Box 37281**<br>**Baltimore, MD 21297-3281**<br>**Acct # 5466410305594571** | **Trade debt** | | **17,533.38** |
| **Inside-Out Painting Company**<br>**1125 Paramount Parkway Suite G**<br>**Batavia, Illinois 60510**<br>**(630) 406-7600**<br>**Case # 07AR672 McHenry County** | **Inside-Out Painting Company**<br>**1125 Paramount Parkway Suite G**<br>**Batavia, Illinois 60510**<br>**Case # 07AR672 McHenry County** | **Trade debt** | | **42,014.10** |
| **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | **Taxes due** | | **38,700.00** |
| **JNL Climate Control, Inc.**<br>**215 E. Prairie Lake Road, Unit C**<br>**East Dundee, Illinois 60118**<br>**(847) 358-2251** | **JNL Climate Control, Inc.**<br>**215 E. Prairie Lake Road, Unit C**<br>**East Dundee, Illinois 60118** | **Trade debt** | | **11,495.00** |
| **Lazco Industries, Inc.**<br>**3204 Plum Grove Drive**<br>**Rolling Meadows, Illinois 60008**<br>**(847) 302-2596**<br>**Case #06AR70** | **Lazco Industries, Inc.**<br>**3204 Plum Grove Drive**<br>**Rolling Meadows, Illinois 60008**<br>**Case #06AR70** | **Trade debt** | | **16,300.00** |
| **Lowe s Commercial Services**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970**<br>**(800) 444-1408**<br>**Acct # 82131140190146** | **Lowe s Commercial Services**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970**<br>**Acct # 82131140190146** | **Trade debt** | | **12,532.21** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Marmac Development**                                        Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nordstrom Bank<br>P.O. Box 79137<br>Phoenix, AZ 85062-9137<br>((800) 964-1800<br>Acct # 4803490002854283 | Nordstrom Bank<br>P.O. Box 79137<br>Phoenix, AZ 85062-9137<br>Acct # 4803490002854283 | Trade debt | | 9,001.99 |
| Performers Carpet & Tile Inc.<br>DBA Performers Flooring & Design Gallery<br>25W561 Army Trail Road<br>PO Box 272<br>Bloomingdale, Illinois 60108 | Performers Carpet & Tile Inc.<br>DBA Performers Flooring & Design Gallery<br>25W561 Army Trail Road<br>Bloomingdale, Illinois 60108 | Trade debt | | 43,919.66 |
| Tom Walsh DBA Active Electric<br>33007 John Mogg Road<br>Grayslake, Illinois 60030<br>(847) 223-7118<br>Court Case # 06M1-136620 | Tom Walsh DBA Active Electric<br>33007 John Mogg Road<br>Grayslake, Illinois 60030<br>Court Case # 06M1-136620 | Trade debt | | 19,357.46 |
| Yellow Book USA<br>2560 Renaissance Blvd.<br>King of Prussia, PA 19406<br>(800) 581-5039<br>Acct # 490276 | Yellow Book USA<br>2560 Renaissance Blvd.<br>King of Prussia, PA 19406<br>Acct # 490276 | Trade debt | | 15,799.49 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 21, 2008**                    Signature    **/s/ Robert Marzano**
                                                            **Robert Marzano**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **Marmac Development**                                                    ,          Case No. _____

                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | **Amounts owed per contract** | | | | | |
| **Fifth Third Bank** **PO Box 630337** **Cincinnati, Ohio 45263-0337** **Acct # 0904590635-00026** | - | | | | | | | | |
| | | | | Value $                    **282,969.00** | | | | **50,800.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | Subtotal (Total of this page) | **50,800.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **50,800.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **Marmac Development**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Marmac Development**                                        ,       Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Taxes | | | | | |
| Illinois Department of Revenue Bankruptcy Section 100 W. Randolph Street Chicago, IL 60602 | - | | | | | | | | 1,400.00 |
| | | | | | | | | 1,400.00 | 0.00 |
| Account No. | | | | 2007 | | | | | |
| Internal Revenue Service 860 E. Algonquin Road Schaumburg, Illinois 60173 Attention: L. Harbin (847) 303-7710 | - | | | Taxes | | | | | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | 2007 | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | - | | | Taxes due | | | | | 0.00 |
| | | | | | | | | 38,700.00 | 38,700.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| Sheet __1__ of __1__ continuation sheets attached to | | Subtotal (Total of this page) | 1,400.00 |
|---|---|---|---|
| Schedule of Creditors Holding Unsecured Priority Claims | | | 40,100.00 | 38,700.00 |
| | | Total | 1,400.00 |
| | | (Report on Summary of Schedules) | 40,100.00 | 38,700.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Marmac Development**

_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**A-1 Drywall O Halleran, Inc.<br>P.O. Box 40<br>Ringwood, ILLIN 60072-0000** | - | | | | Trade debt | | | | **4,460.00** |
| Account No.<br><br>**A-Keveloh Plumbing, Inc.<br>6804 Hobson Valley Drive, Unit 120<br>Woodridge, Illinois 60517<br>(630) 963-0433** | | | | | Trade debt | | | | **4,000.00** |
| Account No.<br><br>**A.R.M. Electric<br>7719 Island Lane<br>Wonder Lake, Illinois 60097<br>(815) 728-7326** | - | | | | Trade debt | | | | **2,858.00** |
| Account No.<br><br>**AAA American Glass & Mirror<br>1220 W. Irving Park Road<br>Itasca, Illinois 60143<br>(630) 250-8322** | - | | | | Trade debt | | | | **7,320.00** |
| __**12**__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **18,638.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:33434-080115   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marmac Development**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ABC Supply Company Inc. 29W581 North Avenue West Chicago, Illinois 60185 (630) 293-1533 ACCT#005098 | - | | | Trade debt | | | | 3,990.00 |
| Account No. Acme Glassworks 120 Slocum Lake Road Wauconda, Illinois 60084 (847) 526-3123 | - | | | Trade debt | | | | 210.00 |
| Account No. Advanta Bank Corp. P.O. Box 30715 Salt Lake City, Utah (800) 705-7255 Acct # 5477537332870017 | - | | | Trade debt | | | | 43,760.00 |
| Account No. American Comfort Heating & A/C 191 Seegers Avenue Elk Grove Village, Illinois 60007 (847) 439-8585 American Express $13,837.21 | - | | | Trade debt | | | | 4,370.00 |
| Account No. American Express PO Box 297812 Ft Lauderdale, Florida 33329-7812 (877) 258-3254 Acct # 372762557003006 | - | | | Trade debt | | | | 35,790.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,120.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marmac Development**                            , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Trade debt | | | | |
| American Express<br>PO Box 297812<br>Ft Lauderdale, Florida 33329-7812<br>(877) 258-3254<br>Wilmington, DE 19850-5773 | - | | | | | | | | 2,707.00 |
| Account No. | | | | | Trade debt | | | | |
| AT& T Universal Card<br>PO Box 688911<br>Des Moines, IA 50368-8911<br>(800) 423-4343<br>Acct# 5491130304075401 | - | | | | | | | | 12,080.00 |
| Account No. | | | | | Trade debt | | | | |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, Illinois 60197-6463<br>(800) 331-0500<br>Acct # 875717667 | - | | | | | | | | 161.99 |
| Account No. | | | | | Trade debt | | | | |
| B2B Computer Products, LLC<br>PO Box 3296<br>Glen Ellyn, ILLIN 60138-0000 | - | | | | | | | | 573.09 |
| Account No. | | | | | Trade debt | | | | |
| Bank of America<br>P.O. Box 17220<br>Baltimore, MD 21297-1220<br>(800) 789-6685<br>Acct # 4888930282920229 | - | | | | | | | | 22,397.83 |

Sheet no. __2__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    37,919.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marmac Development**                                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Bank of America PO Box 17322 Baltimore, MD 21297-1322 (800) 448-7061 Acct #74977438880114** | - | | | | | | 47,078.92 |
| Account No. | | | Trade debt | | | | |
| **Benegas, Ent. Inc 13205 Forestview Lane Crestwood, Illinois 60445 (708) 516-1640** | - | | | | | | 475.00 |
| Account No. | | | Trade debt | | | | |
| **Berlands House of Tools 1530 Centre Circle Drive Downers Grove, Illinois 60515 (630) 627-9090 Acct #2123** | - | | | | | | 93.28 |
| Account No. | | | Trade debt | | | | |
| **C.J. Insulation 305 West Wheaton Avenue Yorkville, Illinois 60560 (630) 553-0042** | - | | | | | | 2,340.00 |
| Account No. | | | Trade debt | | | | |
| **Cabinet Specialties, Inc. 7505 Eastgate Road, Unit 4 Crystal Lake, IL 60014 (815) 444-9103** | - | | | | | | 4,467.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,454.20

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marmac Development**                                              ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Citi Business Card PO Box 688913 Des Moines, IA 50368-8913 (800) 750-7453 Acct # 5082290057087196 | - | | | | | | | 15,126.65 |
| Account No. | | | | Trade debt | | | | |
| Citi Cards PO Box 688918 Des Moines, IA 50368-8918 (866) 696-5673 Acct# 5424180715139488 | - | | | | | | | 10,854.29 |
| Account No. | | | | Trade debt | | | | |
| City Ornamental Iron Works 254 N. State Street Elgin, Illinois 60123 (847) 888-8898 | - | | | | | | | 2,611.00 |
| Account No. | | | | Trade debt | | | | |
| Com Ed Bill Payment Center Chicago, Illinois 60668-0001 (877) 426-6331 Acct #4645450044 | - | | | | | | | 174.76 |
| Account No. | | | | Trade debt | | | | |
| Conquest Exterior Designers & BLD. Inc. 2505 South Harriet Lane McHenry, Illinois 60050 (815) 385-5101 | - | | | | | | | 0.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 28,766.70

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marmac Development**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Creditor:** **RMS** **305 Fellowship Rd, Suite 100** **P.O. Box 5471** **Mount Laurel, NJ 08054** | - | | | | | | | **0.00** |
| Account No. | | | | Trade debt | | | | |
| **Crystal Lake Chamber of Commerce** **427 West Virginia Street** **Crystal Lake, Illinois 60014-0243** **(815) 459-1300** **Acct #4589** | - | | | | | | | **111.25** |
| Account No. | | | | Trade debt | | | | |
| **Dan s Maintenance** **7929 CTY Q** **Chippewa Falls, WI 54729** **(847) 980-6718** | - | | | | | | | **8,030.00** |
| Account No. | | | | Trade debt | | | | |
| **Energy Saving Insulation, Inc.** **6817 Hobson Valley Drive, Unit 112** **Woodridge, Illinois 60517** **(630) 963-5555** | - | | | | | | | **5,500.00** |
| Account No. | | | | Trade debt | | | | |
| **Exxon Mobil** **Credit Card Center** **PO Box 688941** **Des Moines, IA 50368-8941** **(800) 903-9966** | - | | | | | | | **9,242.73** |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,883.98**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marmac Development**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Ford Credit Company PO Box 790093 St. Louis, MO 63179-0093 (800) 727-7000 Acct # 036633301** | - | | | | | | | 11,510.88 |
| Account No. | | | | Trade debt | | | | |
| **GE Money Bank PO Box 960061 Orlando, Florida 32896-0061 (866) 396-8254 Acct # 6019180076404728** | - | | | | | | | 898.51 |
| Account No. | | | | Trade debt | | | | |
| **Georges & Son Inc. 8412-G Wilmette Avenue Darien, Illinois 60561 (630) 960-0308** | - | | | | | | | 2,750.00 |
| Account No. | | | | Trade debt | | | | |
| **Goliath Builders, Inc. 632 Coneflower Drive Romeoville, ILLIN 60446-0000** | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| **Home Depot Credit Services PO Box 9121 Des Moines, IA 50368-9121 (800) 494-1946 Acct # 6035322500832690** | - | | | | | | | 12,779.16 |

Sheet no. _**6**__ of _**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,438.55

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marmac Development** _____ ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **HSBC Business Solutions (Office Max)** **P.O. Box 5239** **Carol Stream, Illinois 60197** **(800) 365-2713** **Acct # 7737040901408568** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **HSBC Card Services (GM Card)** **PO Box 37281** **Baltimore, MD 21297-3281** **(800) 947-1000** **Acct # 5466410305594571** | - | | | | | | | | **17,533.38** |
| Account No. | | | | | Trade debt | | | | |
| **Inside-Out Painting Company** **1125 Paramount Parkway Suite G** **Batavia, Illinois 60510** **(630) 406-7600** **Case # 07AR672 McHenry County** | - | | | | | | | | **42,014.10** |
| Account No. | | | | | Trade debt | | | | |
| **Jarvis Exteriors, Inc.** **111 Erick Street, #121** **Crystal Lake, Illinois 60014** **(815) 788-9850** | - | | | | | | | | **3,982.00** |
| Account No. | | | | | Trade debt | | | | |
| **JNL Climate Control, Inc.** **215 E. Prairie Lake Road, Unit C** **East Dundee, Illinois 60118** **(847) 358-2251** | - | | | | | | | | **11,495.00** |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **75,024.48**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marmac Development** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Lazco Industries, Inc. 3204 Plum Grove Drive Rolling Meadows, Illinois 60008 (847) 302-2596 Case #06AR70 | - | | | | | | | 16,300.00 |
| Account No. | | | | Trade debt | | | | |
| Lerman Business Services, Inc. 440 West Boughton Road, Suite 210 Bolingbrook, Illinois 60440 (630) 378-1700 (Marmac s Accountant) | - | | | | | | | 6,647.39 |
| Account No. | | | | Trade debt | | | | |
| Liberty Waste & Recycling Services, Inc. 24821 Gilmer Road Mundelein, Illinois 60060 (847) 949-8720 | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Lowe s Commercial Services P.O. Box 530970 Atlanta, GA 30353-0970 (800) 444-1408 Acct # 82131140190146 | - | | | | | | | 12,532.21 |
| Account No. | | | | Trade debt | | | | |
| MARMAC DEVELOPMENT CORPORATION: | - | | | | | | | 0.00 |

Sheet no. __8___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,479.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marmac Development**                                          , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Michael J. Morrisroe & Associates, Ltd**<br>**114 South Bloomingdale Road**<br>**Bloomingdale, Illinois 60108-1239**<br>**(630) 539-0880**<br>**(Marmac s Attorney)** | - | | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, Illinois 60507-2020**<br>**(888) 642-6748**<br>**Acct # 70770518796** | - | | | | | | **334.48** |
| Account No. | | | Trade debt | | | | |
| **Nordic Electric Co.**<br>**P.O. Box 282**<br>**Itasca, Illinois 60143**<br>**(847) 417-2117** | - | | | | | | **2,749.54** |
| Account No. | | | Trade debt | | | | |
| **Nordstrom Bank**<br>**P.O. Box 79137**<br>**Phoenix, AZ 85062-9137**<br>**((800) 964-1800**<br>**Acct # 4803490002854283** | - | | | | | | **9,001.99** |
| Account No. | | | Trade debt | | | | |
| **Office Depot Credit Plan**<br>**P. O. Box 689020**<br>**Des Moines, IA 50368-9020**<br>**((800) 729-7744**<br>**Acct # 6011568101442929** | - | | | | | | **1,530.67** |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,616.68**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marmac Development**                                          ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Performers Carpet & Tile Inc. DBA Performers Flooring & Design Gallery 25W561 Army Trail Road PO Box 272 Bloomingdale, Illinois 60108** | - | | | | | | | 43,919.66 |
| Account No. | | | | Trade debt | | | | |
| **Phillips-Bryant Scavenger Service, Inc. 907 North Shore Drive Crystal Lake, Illinois 60014-5243 (815) 459-2417** | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| **Reprographics P.O. Box 1157 Crystal Lake, Illinois 60039-1157 (815) 477-1018** | - | | | | | | | 487.85 |
| Account No. | | | | Trade debt | | | | |
| **Sprint P.O. Box 8077 London, KY 40742 (877) 639-8351 Acct # 438010510** | - | | | | | | | 1,387.94 |
| Account No. | | | | Trade debt | | | | |
| **Stockbridge Architects, P.C. P.O. Box 71 295 S. Main Street Burlington, Illinois 60109 (847) 683-4386** | - | | | | | | | 0.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        45,795.45

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marmac Development**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Superior Masonry, Inc.** **26W361 Burdette Avenue** **Carol Stream, Illinois 60188** **(630) 514-4872** | - | | | | | | 1,651.38 |
| Account No. | | | Trade debt | | | | |
| **Tom Walsh DBA Active Electric** **33007 John Mogg Road** **Grayslake, Illinois 60030** **(847) 223-7118** **Court Case # 06M1-136620** | - | | | | | | 19,357.46 |
| Account No. | | | Trade debt | | | | |
| **Top Side Roofing, Inc.** **1655 Shanahan Drive** **South Elgin, Illinois 60177** **(847) 923-0559** | - | | | | | | 5,235.00 |
| Account No. | | | Trade debt | | | | |
| **Tri-State Carpet & Decorating** **1525 Fleetwood Drive** **Elgin, Illinois 60123** **(847) 695-2211** **Case # 05AR888 Kane County** | - | | | | | | 518.25 |
| Account No. | | | Trade debt | | | | |
| **U.S. Paving** **610 Center Avenue** **Carol Stream, Illinois 60188** **(630) 653-4900** | - | | | | | | 883.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,645.09

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marmac Development**                                      ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Windsor Door Sales & Service** **4519 Prime Parkway** **McHenry, Illinois 60050** **(815) 385-6830** **Acct # 10464** | | - | | | | | **2,490.00** |
| Account No. | | | Trade debt | | | | |
| **Yellow Book USA** **2560 Renaissance Blvd.** **King of Prussia, PA 19406** **(800) 581-5039** **Acct # 490276** | | - | | | | | **15,799.49** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **18,289.49** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **495,072.13** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

A-1 Drywall O Halleran, Inc.
P.O. Box 40
Ringwood, ILLIN 60072-0000


A-Keveloh Plumbing, Inc.
6804 Hobson Valley Drive, Unit 120
Woodridge, Illinois 60517
(630) 963-0433


A.R.M. Electric
7719 Island Lane
Wonder Lake, Illinois 60097
(815) 728-7326


AAA American Glass & Mirror
1220 W. Irving Park Road
Itasca, Illinois 60143
(630) 250-8322


ABC Supply Company Inc.
29W581 North Avenue
West Chicago, Illinois 60185
(630) 293-1533
ACCT#005098


Acme Glassworks
120 Slocum Lake Road
Wauconda, Illinois 60084
(847) 526-3123


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, Utah
(800) 705-7255
Acct # 5477537332870017


American Comfort Heating & A/C
191 Seegers Avenue
Elk Grove Village, Illinois 60007
(847) 439-8585
American Express $13,837.21


American Express
PO Box 297812
Ft Lauderdale, Florida 33329-7812
(877) 258-3254
Wilmington, DE 19850-5773

AT& T Universal Card
PO Box 688911
Des Moines, IA 50368-8911
(800) 423-4343
Acct# 5491130304075401


AT&T Mobility
PO Box 6463
Carol Stream, Illinois 60197-6463
(800) 331-0500
Acct # 875717667


B2B Computer Products, LLC
PO Box 3296
Glen Ellyn, ILLIN 60138-0000


Bank of America
PO Box 17322
Baltimore, MD 21297-1322
(800) 448-7061
Acct #74977438880114


Benegas, Ent. Inc
13205 Forestview Lane
Crestwood, Illinois 60445
(708) 516-1640


Berlands House of Tools
1530 Centre Circle Drive
Downers Grove, Illinois 60515
(630) 627-9090
Acct #2123


C.J. Insulation
305 West Wheaton Avenue
Yorkville, Illinois 60560
(630) 553-0042


Cabinet Specialties, Inc.
7505 Eastgate Road, Unit 4
Crystal Lake, IL 60014
(815) 444-9103

Citi Business Card
PO Box 688913
Des Moines, IA 50368-8913
(800) 750-7453
Acct # 5082290057087196


Citi Cards
PO Box 688918
Des Moines, IA 50368-8918
(866) 696-5673
Acct# 5424180715139488


City Ornamental Iron Works
254 N. State Street
Elgin, Illinois 60123
(847) 888-8898


Com Ed
Bill Payment Center
Chicago, Illinois 60668-0001
(877) 426-6331
Acct #4645450044


Conquest Exterior Designers & BLD. Inc.
2505 South Harriet Lane
McHenry, Illinois 60050
(815) 385-5101


Creditor:
RMS
305 Fellowship Rd, Suite 100
P.O. Box 5471
Mount Laurel, NJ 08054


Crystal Lake Chamber of Commerce
427 West Virginia Street
Crystal Lake, Illinois 60014-0243
(815) 459-1300
Acct #4589


Dan s Maintenance
7929 CTY Q
Chippewa Falls, WI 54729
(847) 980-6718

Energy Saving Insulation, Inc.
6817 Hobson Valley Drive, Unit 112
Woodridge, Illinois 60517
(630) 963-5555


Exxon Mobil
Credit Card Center
PO Box 688941
Des Moines, IA 50368-8941
(800) 903-9966


Fifth Third Bank
PO Box 630337
Cincinnati, Ohio 45263-0337
Acct # 0904590635-00026


Ford Credit Company
PO Box 790093
St. Louis, MO 63179-0093
(800) 727-7000
Acct # 036633301


GE Money Bank
PO Box 960061
Orlando, Florida 32896-0061
(866) 396-8254
Acct # 6019180076404728


Georges & Son Inc.
8412-G Wilmette Avenue
Darien, Illinois 60561
(630) 960-0308


Goliath Builders, Inc.
632 Coneflower Drive
Romeoville, ILLIN 60446-0000


Home Depot Credit Services
PO Box 9121
Des Moines, IA 50368-9121
(800) 494-1946
Acct # 6035322500832690

HSBC Business Solutions (Office Max)
P.O. Box 5239
Carol Stream, Illinois 60197
(800) 365-2713
Acct # 7737040901408568


HSBC Card Services (GM Card)
PO Box 37281
Baltimore, MD 21297-3281
(800) 947-1000
Acct # 5466410305594571


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60602


Inside-Out Painting Company
1125 Paramount Parkway Suite G
Batavia, Illinois 60510
(630) 406-7600
Case # 07AR672 McHenry County


Internal Revenue Service
860 E. Algonquin Road
Schaumburg, Illinois 60173
Attention: L. Harbin
(847) 303-7710


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Jarvis Exteriors, Inc.
111 Erick Street, #121
Crystal Lake, Illinois 60014
(815) 788-9850


JNL Climate Control, Inc.
215 E. Prairie Lake Road, Unit C
East Dundee, Illinois 60118
(847) 358-2251

Lazco Industries, Inc.
3204 Plum Grove Drive
Rolling Meadows, Illinois 60008
(847) 302-2596
Case #06AR70


Lerman Business Services, Inc.
440 West Boughton Road, Suite 210
Bolingbrook, Illinois 60440
(630) 378-1700
(Marmac s Accountant)


Liberty Waste & Recycling Services, Inc.
24821 Gilmer Road
Mundelein, Illinois 60060
(847) 949-8720


Lowe s Commercial Services
P.O. Box 530970
Atlanta, GA 30353-0970
(800) 444-1408
Acct # 82131140190146


MARMAC DEVELOPMENT CORPORATION:


Michael J. Morrisroe & Associates, Ltd
114 South Bloomingdale Road
Bloomingdale, Illinois 60108-1239
(630) 539-0880
(Marmac s Attorney)


Nicor Gas
P.O. Box 2020
Aurora, Illinois 60507-2020
(888) 642-6748
Acct # 70770518796


Nordic Electric Co.
P.O. Box 282
Itasca, Illinois 60143
(847) 417-2117

Nordstrom Bank
P.O. Box 79137
Phoenix, AZ 85062-9137
((800) 964-1800
Acct # 4803490002854283


Office Depot Credit Plan
P. O. Box 689020
Des Moines, IA 50368-9020
((800) 729-7744
Acct # 6011568101442929


Performers Carpet & Tile Inc.
DBA Performers Flooring & Design Gallery
25W561 Army Trail Road
PO Box 272
Bloomingdale, Illinois 60108


Phillips-Bryant Scavenger Service, Inc.
907 North Shore Drive
Crystal Lake, Illinois 60014-5243
(815) 459-2417


Reprographics
P.O. Box 1157
Crystal Lake, Illinois 60039-1157
(815) 477-1018


Sprint
P.O. Box 8077
London, KY 40742
(877) 639-8351
Acct # 438010510


Stockbridge Architects, P.C.
P.O. Box 71
295 S. Main Street
Burlington, Illinois 60109
(847) 683-4386


Superior Masonry, Inc.
26W361 Burdette Avenue
Carol Stream, Illinois 60188
(630) 514-4872

Tom Walsh DBA Active Electric
33007 John Mogg Road
Grayslake, Illinois 60030
(847) 223-7118
Court Case # 06M1-136620


Top Side Roofing, Inc.
1655 Shanahan Drive
South Elgin, Illinois 60177
(847) 923-0559


Tri-State Carpet & Decorating
1525 Fleetwood Drive
Elgin, Illinois 60123
(847) 695-2211
Case # 05AR888 Kane County


U.S. Paving
610 Center Avenue
Carol Stream, Illinois 60188
(630) 653-4900


Windsor Door Sales & Service
4519 Prime Parkway
McHenry, Illinois 60050
(815) 385-6830
Acct # 10464


Yellow Book USA
2560 Renaissance Blvd.
King of Prussia, PA 19406
(800) 581-5039
Acct # 490276